Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ABRAHM MARCELO MOIL, <br><br> Defendant. | No. 2:13-cr-00104-RAJ <br><br> ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Abrahm Marcelo Moil's Motion for Early Termination of Supervised Release. Dkt. 60. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. 60) is **DENIED**.

DATED this 7th day of December, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1